IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PHILLIPPI S. LOWE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:13-CV-721-WKW |
| ) | |
| STATE OF ALABAMA, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

On November 12, 2013, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  (Doc. # 8.)  Upon an independent review of the file in this case and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED, and that this case is DISMISSED without prejudice prior to service of process pursuant to 28 U.S.C. § 1915(e)(2)(B).

DONE this 24th day of December, 2013.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE